# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0958
_____

OLANDIS DEAN HOBBS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

July 25, 2024

PER CURIAM.

DISMISSED.

RAY, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Olandis Dean Hobbs, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.